**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL PACHECO, | ) | 3:07-cv-00589-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#51) filed on June 9, 2009, in which the Magistrate Judge recommends that this court grant defendants' motion for summary judgment (#23). Plaintiff opposed the summary judgment motion (#30), and defendants filed a reply (#32). No objections to the report and recommendation have been

1

filed, and the time for filing any objections has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

**ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#51).

The court does not consider assertions raised by the plaintiff for the first time in his opposition, namely his claim that his itching is caused by an untreated Hepatitis C condition. The magistrate judge properly found that on a number of occasions between June 2007, when plaintiff arrived at Northern Nevada Correctional Center, and April 2008, when he filed this action, plaintiff received medications and topical creams and ointments for his condition. During this time, plaintiff was seen frequently by medical staff and was evaluated by a mental health professional. Plaintiff also underwent a CT scan, and his doctor conferred with both a dermatologist and a gastroenterologist regarding his skin condition. Plaintiff failed to show for several scheduled medical appointments, and discontinued use of many of the prescribed medications. The record is thus clear that defendants have treated plaintiff extensively for his skin condition. That magistrate judge properly concluded that plaintiff's assertion that he is not receiving the medical treatment he feels he should receive does not state a claim, and that plaintiff has otherwise failed to raise a triable issue of fact that defendants have been deliberately indifferent to his serious medical need.

Therefore, defendants' motion for summary judgment (#23) is granted, and this action is hereby dismissed. The clerk of the court shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: This 30th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE